OFFICE OF DISCIPLINARY COUNSEL *v.* KING.

[Cite as *Disciplinary Counsel v. King* (1993), 67 Ohio St.3d 236.]

(No. 93–867—Submitted June 15, 1993—Decided September 8, 1993.)

*J. Warren Bettis,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*James Draper,* for respondent.

---

*Per Curiam.* We adopt the findings of fact and recommendations of the board. Respondent, Barry King, is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.